No. 1039. EL PUEBLO, APELADO, *v.* PULLIZA, APELANTE.— Infracción del artículo 370 del Código Penal. Humacao. Junio 21, 1916. *Confirmada la sentencia.*

No. 930. EL PUEBLO, APELADO, *v.* GARCÍA, APELANTE.—Calumnia e injuria. Humacao. Junio 23, 1916. *Confirmada la sentencia.*

. No. 1014. EL PUEBLO, APELADO, *v.* ARANA ET AL., APELANTES.—

No. 1037. EL PUEBLO, APELADO, *v.* LEÓN, APELANTE.—

Lotería (*pool*). San Juan, Sección Segunda. Julio 5, 1916. *Confirmadas las sentencias por el fundamento de* El Pueblo *v.* Martínez, *23 D. P. R. 228.*

No. 1059. EL PUEBLO, APELADO, *v.* TRINIDAD, APELANTE.— Acometimiento y agresión.

No. 1034.—EL PUEBLO, APELADO, *v.* CARRILLO, APELANTE.— Violación.

San Juan, Sección Segunda. Julio 7, 1916. *Confirmadas las sentencias.*

No. 1005. EL PUEBLO, APELADO, *v.* PAGÁN, APELANTE.—
No. 1008. EL PUEBLO, APELADO, *v.* OXIOS, APELANTE.—
No. 1011. EL PUEBLO, APELADO, *v.* MARTÍNEZ, APELANTE.—
No. 1012. EL PUEBLO, APELADO, *v.* GUTIÉRREZ, APELANTE.—
No. 1016. EL PUEBLO, APELADO, *v.* BRAVO, APELANTE.—
No. 1019. EL PUEBLO, APELADO, *v.* MELÉNDEZ, APELANTE.—
No. 1020. EL PUEBLO, APELADO, *v.* VEGA, APELANTE.—

Infracción ordenanzas municipales. Ponce. Julio 10, 1916. *Desestimadas las apelaciones.*

No. 1047. EL PUEBLO, APELADO, *v.* MOLINARY, APELANTE.— Hurto menor cuantía. Aguadilla. Julio 11, 1916. *Confirmada la sentencia.*